No. 02–39. MICREL, INC. *v.* LINEAR TECHNOLOGY CORP. C. A. Fed. Cir. Motion of McKechnie Vehicle Components USA,

Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.